UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Emerson Hall Associates, L.P.,<br>1313 East Hyde Park Boulevard,<br>Chicago, IL 60615,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Travelers Casualty Insurance Company of America,<br>1 Tower Square,<br>Hartford, CT 06183,<br><br>　　　　Defendant. | Case No.:<br><br>Other Contracts:<br><br><br>**DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA'S RULE 7.1 CORPORATE DISCLOSURES STATEMENT** |

The undersigned, counsel of record for Defendant Travelers Casualty Insurance Company of America, furnishes the following information in compliance with Federal Rule of Civil Procedure 7.1:

1. Does Defendant Travelers Casualty Insurance Company of America have a parent corporation?

   [X] Yes　　　　　　　　　No

   If yes, the parent corporation is The Travelers Companies, Inc. Travelers Casualty Insurance Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.

2. Is 10% or more of the stock of Defendant Travelers Casualty Insurance Company of America owned by a publicly held corporation?

Yes          [X] No

If yes, identify all such owners: N/A

Date: 7/20/15

BORGELT, POWELL, PETERSON & FRAUEN S.C.

By _____
Stacy E. Ertz, Esq. (#0267181)
7825 3rd Street North
Suite 206
Oakdale, MN 55128
Telephone: (651) 256-5000
Fax: (651) 340-1456
*Counsel for Defendant*
*Travelers Casualty Insurance Company of America*