

**Sid Grinker Restoration, Inc.**
**416 West Walnut Street**
**Milwaukee, WI 53212**
**(414) 264-7470**
**(414) 263-1316 Fax**

| Date: | 03/05/15 | | Invoice #: | SI-10854 |

# INVOICE

| Bill To: | | Job Location: | |
|---|---|---|---|
| Emerson Hall Associates, LLC<br>Attn: Thomas Hampton, GP<br>1313 East Hyde Park Blvd<br>Chicago, IL 60615 | | Emerson Hall Apts<br>930 Church Street<br>Beloit, WI 53511 | |

| PM | Job # | File/Claim # | Terms |
|---|---|---|---|
| MIKE GRINKER | 1131REC | | Due Upon Receipt |

| Description | Total |
|---|---|
| Amount due for completed repairs. RCV insurance holdback | $170,650.00 |

*Tax Id #39-0983766*

| | |
|---|---|
| Subtotal | $170,650.00 |
| **Total:** | **$170,650.00** |
| **Received:** | $0.00 |
| **Amount Due:** | **$170,650.00** |



Sid Grinker Restoration, Inc.
416 West Walnut Street
Milwaukee, WI 53212
(414) 264-7470
(414) 263-1316 Fax

| Date: | 03/05/15 | | Invoice #: | SI-10853 |

# INVOICE

| Bill To: | Job Location: |
|---|---|
| Emerson Hall Associates, LLC<br>Attn: Thomas Hampton, GP<br>1313 East Hyde Park Blvd<br>Chicago, IL 60615 | Emerson Hall Apts<br>930 Church Street<br>Beloit, WI 53511 |

| PM | Job # | File/Claim # | Terms |
|---|---|---|---|
| MIKE GRINKER | 1131REC | | Due Upon Receipt |

| Description | Total |
|---|---|
| For items supplemental to previously agreed repair costs for fire and water damage events at the above address. Substantiation attached: | |
| HVC work to repair fire damaged attic ventilator unit and ductwork. Per invoice from Alpine Plumbing | $6,383.00 |
| HVC work for damaged zone valves, PVC venting, and restore heat. Per invoice from Alpine Plumbing and Heating | $5,472.00 |
| Electrical and fire alarm work performed by Pieper Electric | $84,965.00 |
| (Less: adjuster's original allowances for electrical repairs and fixtures) | ($41,660.32) |
| Sprinkler system repairs per invoice, S.J. Carlson | $4,162.25 |
| Engineering. Ludwig Ritter and Associates | $1,266.50 |
| Overhead and Profit on above items (20%) | $12,117.69 |
| Code upgrade work performed per adjuster allowances | $21,101.89 |

*Tax Id #39-0983766*

| | |
|---|---|
| Subtotal | $93,808.01 |
| **Total:** | **$93,808.01** |
| **Received:** | $0.00 |
| **Amount Due:** | **$93,808.01** |