IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EMERSON HALL ASSOCIATES, L.P.,

        Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

        Defendant.

EX PARTE ORDER

15-cv-447-jdp

---

        On December 15, 2015, Attorney Derek R. Allen of Shannon Law Office, LLC, moved to withdraw and to terminate his representation of plaintiff in this lawsuit. (Dkt. 26). On December 31, 2015, plaintiff, by its representative, Thomas J. Hampton, filed a written opposition to Attorney Allen's motion to withdraw. (Dkt. 31, ex parte and under seal). On January 14, 2016, I held an ex parte telephonic hearing on this motion, ██████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████ ████████████.

        On January 26, 2016, Attorney Allen submitted a letter ████████████████ ██████████████████████████████████████████████████████████████████████ persisting in his motion to withdraw. (Dkt. 37, ex parte and under seal). This prompted a response in opposition from Mr. Hampton ██████████████████████████████████████ ████████████████████████ (Dkt. 38, ex parte and under seal). ████████████ ██████████████████████████████████████████████████████████████████████ ██████████████ Judge Peterson does not intend to read this submission ████████ ██████████████████████████████████████████████████████████████████████ ██████████████████████.

[redacted]

ORDER

It is ORDERED that:

(1) Th motion by Attorney Derek R. Allen of Shannon Law Office LLC to withdraw and to terminate representation of plaintiff is GRANTED.

(2) Plaintiff shall have until March 7, 2016 to retain a new attorney to represent it in this lawsuit.

(3) The court will hold a status conference with all parties in mid-March, 2016 to determine what should happen next.

Entered this 5th day of February, 2016.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge