UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EMERSON HALL ASSOCIATES, L.P.,

    Plaintiff,

    v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendant.

Case No. 15-CV-447-jdp

---

SID GRINKER RESTORATION, INC.,

    Intervening Plaintiff,

    v.

EMERSON HALL ASSOCIATES, L.P., and
TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

    Defendants.

---

## PLAINTIFF EMERSON HALL ASSOCIATES, L.P.'S
## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

---

Plaintiff, by and through its attorneys, Halloin & Murdock, S.C., and pursuant to Federal Rule of Civil Procedure 15(a), requests the Court for leave to file an amended complaint. The grounds for this motion are set forth in the accompanying brief and supporting affidavit filed in support of this motion.

Dated March 23, 2016.

        HALLOIN & MURDOCK, S.C.
        Attorneys for the Plaintiffs

        <u>s/ Anthony K. Murdock</u>
        Anthony K. Murdock
        Wis. State Bar No. 1054531
        Andrea L. Murdock
        Wis. State Bar No. 1051899

HALLOIN & MURDOCK, S.C.
839 North Jefferson Street
Fifth Floor
Milwaukee, Wisconsin 53202
p 414-732-2424
f  414-732-2422
amurdock@halloinmurdock.com
andrea.murdock@halloinmurdock.com