UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Emerson Hall Associates, L.P.,<br>1313 East Hyde Park Boulevard,<br>Chicago, IL 60615, | Case No. 3:15-CV-00447-SLC<br>Magistrate Judge Stephen L. Crocker |
| Plaintiff, | **STIPULATION TO EXTEND<br>DEADLINE TO FILE ANSWER** |
| vs. | |
| Travelers Casualty Insurance Company of America,<br>1 Tower Square,<br>Hartford, CT 06183, | |
| Defendant. | |

---

Pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned attorneys, hereby consent and stipulate that the time for Defendant Travelers Casualty Insurance Company of America ("Travelers") to file an Answer to Plaintiff Emerson Hall Associates, L.P.'s ("Emerson Hall") Amended Complaint in this action or otherwise plead is hereby extended up to and including June 15, 2016.

|  |  |
|---|---|
| Dated: 5/11/16 | BORGELT, POWELL, PETERSON & FRAUEN S.C.<br><br>By _____<br>Stacy E. Ertz, Esq. (#104079)<br>7825 3rd Street North<br>Suite 206<br>Oakdale, MN 55128<br>Telephone: (651) 256-5000<br>Fax: (651) 340-1456<br>Em: sertz@borgelt.com<br>*Counsel for Defendants*<br>*The Travelers Indemnity Company* |
| Dated: 5/11/16 | HALLOIN MURDOCK<br><br>By _____<br>Anthony K. Murdock, Esq.<br>Andrea L. Murdock, Esq.<br>839 North Jefferson Street, Suite 503<br>Milwaukee, WI 53202<br>Telephone: (414) 732-2424<br>Fax: (414) 732-2422<br>Em: amurdock@halloinmurdock.com<br>*Counsel for Plaintiff*<br>*Emerson Hall Associates, L.P.* |

## ORDER

On reading and filing of the foregoing Stipulation,

**IT IS ORDERED** that the time for Defendant Travelers Casualty Insurance Company of America to file their Answer to Plaintiff's Amended Complaint is hereby extended to June 15, 2016.

BY THE COURT:

Dated: _____

_____
Honorable Magistrate Judge
Stephen L. Crocker
United States District Court
Western District of Wisconsin