UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Emerson Hall Associates, L.P., 
1313 East Hyde Park Boulevard,
Chicago, IL 60615,

        Plaintiff,

vs.

Travelers Casualty Insurance Company of America,
1 Tower Square,
Hartford, CT 06183,

        Defendant.

Case No. 3:15-CV-00447

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

**NOW, THEREFORE, IT IS STIPULATED**, that Plaintiff Emerson Hall Associates, L.P., has agreed to and is hereby voluntarily dismissing its Complaint including any and all claims, pled or unpled, against Travelers Casualty Insurance Company of America, including its breach of contract, statutory interest, defamation, bad faith causes of action.

**NOW, THEREFORE, IT IS STIPULATED**, that Defendant Travelers Casualty Insurance Company of America, has agreed to and is hereby voluntarily dismissing its Counterclaim including any and all claims, pled or unpled, against Plaintiff Emerson Hall Associates, L.P.

1

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action shall be and hereby is dismissed, in its entirety, with prejudice and on the merits, but without costs to either party.

IT IS FURTHER STIPULATED AND AGREED, that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to forthwith dismiss said action of record.

Date: 7/12/16

**BORGELT, POWELL, PETERSON & FRAUEN S.C.**

By _____
Stacy E. Ertz, Esq. (#1040729)
7815 3rd Street North
Suite 203
Oakdale, MN 55128
(651) 256-5000
Em: sertz@borgelt.com
*Counsel for Defendant*
*The Travelers Indemnity Company*

Dated: 7/7/16

**HALLOIN MURDOCK**

By _____
Anthony K. Murdock, Esq.
Andrea L. Murdock, Esq.
839 North Jefferson Street, Suite 503
Milwaukee, WI 53202
Telephone: (414) 732-2424
Fax: (414) 732-2422
Em: amurdock@halloinmurdock.com
*Counsel for Plaintiff*
*Emerson Hall Associates, L.P.*

2

## ORDER

On reading and filing the above and foregoing Stipulation:

**IT IS HERBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed, in its entirety, with prejudice, on the merits, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: _JULY 13, 2016_

BY THE COURT:

_____
Judge James D. Peterson
United States District Court Judge
Western District of Wisconsin

3